UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GIFFEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BARACK OBAMA, et.al.,<br><br>　　　　Respondents. | Case No.: 1:14-cv-01280-SAB-HC<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO CORRECT PETITION<br><br>(ECF No. 8) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 2, 2014, Petitioner filed a motion to correct the petition. Petitioner points to an error in the Court's August 22, 2014, order denying his request for appointment of counsel. Petitioner is correct, the Court inadvertently stated that his petition was filed pursuant to 28 U.S.C. § 2254, and not § 2241. Accordingly, it is now clarified that Petitioner has filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

IT IS SO ORDERED.

Dated:  **September 3, 2014**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1