# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GIFFEN,<br><br>    Petitioner,<br><br>    v.<br><br>BARACK OBAMA, et. al,<br><br>    Respondents. | Case No.  1:14-cv-01280-LJO-SAB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION TO APPOINT COUNSEL<br><br>(ECF No. 22) |

On January 15, 2015, Petitioner filed a motion for the appointment of counsel.  (ECF No. 22).  On August 21, 2014, the undersigned denied Petitioner's first motion for the appointment of counsel.  (ECF No. 6).  On September 4, 2014, the undersigned denied Petitioner's second motion for the appointment of counsel.  (ECF No. 12).  On October 2, 2014, the undersigned denied Petitioner's motion for reconsideration of the denial of his motion for the appointment of counsel.  (ECF No. 15).  On October 22, 2014, the undersigned recommended that the petition for writ of habeas corpus be dismissed as frivolous.  (ECF No. 16).  On December 11, 2014, the assigned District Judge adopted the findings and recommendation, and the petition was dismissed as frivolous.  (ECF No. 18).

Petitioner's motion for reconsideration of the Court's order adopting the findings and recommendation and dismissing the case is presently pending.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, Petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated:   **January 20, 2015**

UNITED STATES MAGISTRATE JUDGE