# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GIFFEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BARACK OBAMA, et. al,<br><br>　　　　Respondents. | Case No.  1:14-cv-01280-DAD-SAB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION TO APPOINT COUNSEL<br><br>(ECF No. 32) |

On August 13, 2014, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 21, 2014, the Court denied Petitioner's first motion for the appointment of counsel. (ECF No. 6). On September 4, 2014, the Court denied Petitioner's second motion for the appointment of counsel. (ECF No. 12). On October 2, 2014, the Court denied Petitioner's motion for reconsideration of the denial of his motion for the appointment of counsel. (ECF No. 15). On October 22, 2014, the undersigned recommended that the petition for writ of habeas corpus be dismissed as frivolous. (ECF No. 16). On December 11, 2014, the assigned District Judge adopted the findings and recommendation, and the petition was dismissed as frivolous. (ECF No. 18).

On December 24, 2014, Petitioner filed a motion for reconsideration of the order dismissing the petition and a motion for reconsideration of the order denying the motion to appoint counsel, which the Court denied on February 5, 2015. (ECF No. 20). On January 15,

1  2015, Petitioner filed his third motion for appointment of counsel, which was denied by the
2  Court on January 21, 2015.  (ECF Nos. 22, 23).  On January 15, 2015, Petitioner filed a notice of
3  appeal.  (ECF No. 21).  On February 9, 2015, Petitioner filed an amended notice of appeal.  (ECF
4  No. 28).

5       On March 24, 2015, the Ninth Circuit Court of Appeals denied Petitioner's motion for
6  appointment of counsel.  (ECF No. 29).  On September 1, 2015, the Ninth Circuit Court of
7  Appeals issued a memorandum vacating this Court's decision and remanding with an instruction
8  to dismiss the petition for lack of jurisdiction.  On November 30, 2015, Petitioner filed the
9  instant motion for the appointment of counsel.  (ECF No. 32).

10      The Court notes that the Ninth Circuit Court of Appeals has not yet issued a mandate in
11 this case.  Pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the mandate will
12 issue "7 days after the time to file a petition for rehearing expires, or 7 days after entry of an
13 order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for
14 stay of the mandate, whichever is later."  Fed. R. App. P. 41.  In this case, Petitioner filed a
15 petition for panel hearing in the Ninth Circuit Court of Appeals on September 9, 2015.  The
16 Ninth Circuit Court of Appeals has not yet entered an order on Petitioner's petition for panel
17 rehearing.  Petitioner requests counsel be appointed for when the case is remanded so that he can
18 show that he is held in an illegal program of liberty restraint.  As the mandate has not yet issued
19 and the petition has not yet been remanded to the district court, Petitioner's motion for
20 appointment of counsel is premature.  Therefore, it must be denied.

21      Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of
22 counsel is DENIED WITHOUT PREJUDICE.

23

24 IT IS SO ORDERED.

25 Dated:  __**December 23, 2015**__                              
                                             UNITED STATES MAGISTRATE JUDGE